WARREN H. NELSON, JR.  #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone:  (619) 269 4212
Facsimile:  (619) 501 7948
Email: nelson@rolando.sdcoxmail.com

*MADE JS-6*

Attorney for Plaintiff
STANDARD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD INSURANCE COMPANY, an Oregon Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY WATERMAN, an Individual;<br>BRITNEE COHEE, an Individual,<br><br>Defendants. | Case No.: CV 12-01775-GW(OPx)<br><br>ORDER DISMISSING CASE WITH PREJUDICE, DIRECTING PAYMENT OF INTERPLEADED FUNDS AND JUDGMENT TERMINATING CASE<br><br>Before the Hon. George H. Wu<br>Los Angeles - Spring Street, Courtroom 10 |

Plaintiff Standard Insurance Company ("Standard") respectfully submits the following Proposed Order as instructed by the Court at the telephonic hearing of December 6, 2012.   Standard respectfully advises the Court and Defendant Cohee that Standard, an interpleader plaintiff that has never claimed an interest in the insurance benefits at issue, remains neutral and takes no position on the mode or fact of payment of the interpleaded funds to Defendant Cohee but has merely memorialized below what it understands to be the Court's order for payment of the interpleaded funds to Defendant Cohee, which was, in turn, based on the proposed order Defendant Cohee submitted to the Court on Tuesday, December 4, 2012

(PACER Doc 30-1).   Defendant Cohee has approved the form of this order in an email from her counsel to Standard's undersigned counsel.

**BEGINNING OF TEXT OF PROPOSED ORDER**.

The Court, having (i) considered the proposed Order Releasing Funds to Defendant Britnee Cohee (PACER Doc 30-1), (ii) noted that Defendant Billy Waterman has not appeared in this action despite the passage of more than 30 days since completion of service on him by publication (as established in the Declaration of Counsel for Standard (PACER Doc 28)), and, (iii) noted that Standard, subject only to effectuation of the terms of its settlement with Defendant Cohee (PACER Doc 23), does not object to the proposed Order Releasing Funds to Defendant Britnee Cohee, has now SIGNED that Order and now ORDERS as follows with regard to the disposition of this case:

1.  The Court has taken the actions mentioned above and the following actions based on the express and repeated representations of Standard, Defendant Cohee and their respective counsel that the whereabouts of Defendant Billy Waterman, including both Defendant Billy Waterman's physical location and any current mailing address, have been at all pertinent times and remain currently unknown to each of them.  Further, Standard, Defendant Cohee and their respective counsel expressly represent to the Court that none has any information as to whether Defendant Billy Waterman remains alive beyond the belief expressed by the San Francisco Police Department that Defendant Billy Waterman likely took his own life following the murder of Coleen Waterman.

2.  This Court has previously approved settlement of this matter as between Defendant Cohee and Standard (PACER Doc 23) and granted JUDGMENT to Standard in this matter on October 1, 2012, on the terms specified in PACER Doc 25, which the Court has signed.   Now, to effectuate the settlement and judgment the Court now authorizes and ORDERS the Clerk of the Court, from funds the Court holds as deposited by Standard on March 2, 2012 (PACER Doc 3), to

transmit payment to Standard of three thousand eight hundred forty eight dollars and thirteen cents ($3848.13) on December 13, 2012, which is the thirtieth (30th) day following Standard's provision (PACER doc 28) of proof that service by publication on Defendant Billy Waterman has been completed.  The payee of the check will be "Standard Insurance Company" and the Clerk of the Court shall mail that check to Bill Matarazzi, Esq., Attorney In-house, Standard Insurance Company, 900 SW Fifth Avenue, Portland, OR 97204.

3.  This Court has, as noted at the telephonic hearing of December 6, 2012, now also signed Defendant Cohee's proposed Order Releasing Funds to Defendant Britnee Cohee.  The Court now authorizes and ORDERS the Clerk of the Court, on December 13, 2012, to transmit payment, from funds the Court holds as deposited by Standard on March 2, 2012 (PACER Doc 3), to Defendant Cohee of all such remaining funds, less any applicable administrative costs or fees, after payment to Standard as specified in paragraph 2 above.  The payee of the check will be "Leah L. Dixon Client Trust Account for Britnee Cohee" and the Clerk of the Court shall mail that check to "Law Offices of Leah L. Dixon, PO Box 476, Beaumont, Ca 92223".

4.  The Court now enters JUDGMENT in favor of Defendant Cohee that she is entitled to the fund just described.

5.  Upon payment as set forth above, the Court ORDERS that this entire action is DISMISSED WITH PREJUDICE and that all claims for attorney fees or costs in this action other than Standard's, which have been settled, are waived and abandoned.

IT IS SO ORDERED AND ADJUDGED.

Dated:  December 12, 2012

_____
GEORGE H. WU, JUDGE
UNITED STATES DISTRICT COURT
**END OF TEXT OF PROPOSED ORDER.**